

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE JUAN SANDOVAL, | § | No. 08-11-00283-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20100D02656) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect that Appellant was found guilty of Counts I, II, and III and acquitted of Count IV, that Appellant was convicted of three counts of criminal solicitation to commit capital murder, that the trial court sentenced Appellant to serve a thirty-year term of imprisonment on each count, and that the sentences for Counts I, II, and III will run concurrently. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.